# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES ANTHONY SMITH

NO. 2020 KW 0740

**SEPTEMBER 28, 2020**

---

In Re:    Charles Anthony Smith, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 32020.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with Local Rules, Rule (8)(H) by failing to include a declaration with the exact same contents and certifications required by affidavit. Relator also failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(B) by failing to consecutively number the attached documents. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before October 27, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT